**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALBERT HOLLAND,

Petitioner,

v. Case No. 06-20182-CIV-SEITZ

JAMES MCDONOUGH, Interim
Secretary of the Florida Department of Corrections,

Respondent.

______________________________/

**CCRC South's CLARIFICATION OF POSITION ON**
**CASE No. 06-20182-CIV-SEITZ**

Pursuant to this Court's May 19, 2006 request, undersigned counsel clarifies CCRC South's position regarding Mr. Holland's pending case. In support of our position, CCRC South offers the following:

1. Petitioner Holland is a Florida prisoner under a sentence of death.

2. On May 5th, 2006, the Law Office of the Capital Collateral Regional Counsel, Southern Region, (CCRC-South) was appointed for the first time by Broward County Florida Circuit Court Judge Charles M. Greene to replace Bradley M. Collins as counsel of record for Mr. Holland, after Mr. Collins was allowed to withdraw based upon a conflict of interest. CCRC South had noted a caseload conflict in the instant case prior to the appointment of Mr. Collins for state and federal postconviction purposes by the circuit court.

19
TB

3. The order entered by Florida Circuit Court Judge Greene on May 5, 2006 stated, in pertinent part, that "[i]f CCRC South has any conflict in this matter, this court will review an appropriate motion for discharge or substitution of counsel that is timely filed."

4. After the appointment by Judge Greene, undersigned counsel spoke by telephone with Mr. Holland on Monday, May 8, 2006, and thereafter provided him with copies of the on-line docket from the Southern District in the instant case, the Respondent's March 23, 2006 Response, and the Respondent's April 27, 2006 Response, all of which Mr. Holland advised he was unfamilar with. Undersigned counsel advised Mr. Holland both during the hearing on May 5, 2006 and during the conversation on May 8, 2006 that CCRC South would likely attempt to conflict off his case due to caseload concerns. Undersigned counsel is at present unaware of any issues or claims in Mr. Holland's case that remain unresolved in the state courts.

5. At no point in time has CCRC South represented Petitioner Holland in any court. On May 16, 2006 CCRC South entered an appearance after being appointed in late April as conflict counsel in a CCRC Middle case in the Seventh Judicial Circuit, Volushia County, Florida, Case No. 1992-34170, James Eugene Hunter. Mr Hunter appears to have exhausted most pending claims in federal court on a prior federal habeas corpus petition . In addition, a new Broward County capital case is about to enter state postconviction. Michael Seibert's direct appeal was denied on rehearing by the Florida Supreme Court on May 4, 2006 and will be the responsibility of this office following the resolution of any Petition for Certiorari. A caseload conflict is therefore implicated. There is also a question as to whether the state court judge in the circumstances of the instant case and that of Mr. Hunter should be the appointment authority for federal court purposes.

5. It is CCRC South's desire not to enter further into an attorney/client relationship with Petitioner in circumstances where all state court proceedings are apparently exhausted and CCRC South has had no prior involvement in the Petitioner's case, especially where CCRC has been forced to step in as replacement counsel based on a conflict between the client and prior counsel who was a member of the Statewide registry of private capital postconviction attorneys in Florida and not counsel for the other CCRC office. Undersigned counsel requests that this Court relieve CCRC South of any responsibility to represent Mr. Holland in federal court and thereafter appoint other qualified counsel without any caseload conflict or other conflict that would delay or imperil Mr. Holland's rights under the law.

Respectfully submitted,

William M. Hennis III

William M. Hennis III
Florida Bar No. 0066850
Litigation Director

Law Office of the Capital Collateral Regional Counsel-South
101 NE 3rd Ave, Suite 400
Fort Lauderdale, Fl 33301
(954) 713-1284
(954) 713-1299 (Fax)
hennisw@ccsr.state.fl.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2006, I filed the foregoing with the Clerk of Court and that I am serving by US Mail the following: Debra Rescigno, Assistant Attorney General, 1515 N. Flagler Dr., 9th Floor, West Palm Beach, FL 33401, facsimile (561) 837-5108 ; I also certify that the foregoing was mailed by US Mail to Petitioner Albert Holland, Florida DOC # 122651, Union Correctional Institutuion, 7819 NW 228th Street, Raiford, Fl 32026.

William M. Hennis III
Florida Bar No. 0066850
Litigation Director

Law Office of the Capital Collateral Regional Counsel-South
101 NE 3rd Ave, Suite 400
Fort Lauderdale, Fl 33301
(954) 713-1284
(954) 713-1299 (Fax)
hennisw@ccsr.state.fl.us